GRAY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Malvine Gray against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

GRAY LITHOGRAPH CO. v. AMERICAN WATCHMAN'S TIME CO. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by the Gray Lithograph Company against the American Watchman's Time Company. No opinion. Motion denied, with $10 costs.

GREEN, Respondent, v. REGAM, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by Joseph I. Green against Thomas Regam. D. Daly, for appellant. C. O. Goldzier, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

GREGORY, Respondent, v. UNITED STATES FIDELITY & GUARANTY CO., Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Elisha Gregory against the United States Fidelity & Guaranty Company. A. Gregory, for appellant. H. D. Cohen, for respondent. No opinion. Judgment affirmed, with costs. See 91 N. Y. Supp. 595.

GREW v. TURNER. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by Joseph C. Grew against Charles H. Turner.

PER CURIAM. If, on or before May 8, 1905, the defendant pays to the plaintiff's attorney $10, and signs a stipulation that this appeal be heard May 19, 1905, the printed papers shall be deemed duly served, and the motion for dismissal is denied, without costs. If the amount is not so paid, and the stipulation is not delivered, the motion to dismiss is granted, with $10 costs and disbursements.

GRIFFIN, Respondent, v. BELISARIO, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by Nathan D. Griffin against Benjamin H. Belisario.

PER CURIAM. Decree affirmed, with costs.
PARKER, P. J., dissents.

In re GROUT, Comptroller. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) In the matter of the application of Edward M. Grout, as comptroller, etc., for a warrant for the arrest and committal to jail of Joseph Williams. No opinion. Appeal dismissed, without costs.

GUEST, Respondent, v. GUEST, Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by Helen L. Guest against A. R. Guest. W. P. Maloney, for appellant. L. E. Warren, for respondent. No opinion. Judgment and order affirmed, with costs.

HAMBURGER v. HELLMAN. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by Barnett Hamburger against Myer Hellman. No opinion. Motion denied, with $10 costs.

HAMPTON v. HEARTT. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by George A. Hampton against John E. Heartt. No opinion. Motion denied, with $10 costs.

HAND et al., Respondents, v. SICKLES, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by George M. Hand and others against David B. Sickles, impleaded, etc. P. Carpenter, for appellant. D. P. Hays, for respondents. No opinion. Judgment affirmed, with costs, with leave to the defendant Sickles to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

HANEL v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 14, 1905.) Action by Francis Hanel against the city of New York. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

HANNA, Respondent, v. MANUFACTURERS' TRUST CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by William E. Hanna against the Manufacturers' Trust Company. No opinion. Appeal dismissed, with $10 costs and disbursements.

In re HARRIS. (Supreme Court, Appellate Division, First Department. May 12, 1905.) In the matter of Arthur N. Harris. No opinion. Order to show cause granted.

HARTWICK, Respondent, v. FORD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by Mary Hartwick against Edwin R. Ford and another.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless within 15 days the appellant shall file and serve the printed papers on appeal, as provided in rule 41, and pay to respondent's attorney $10 costs of this motion, in which event the motion is denied.